**This order is SIGNED.**

 

**Dated: October 9, 2018**

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

---

*Order Prepared and Submitted By:*
Stephen W. Rupp, #2824
Mark C. Rose, #13855
**MCKAY, BURTON & THURMAN, P.C.**
Gateway Tower West
15 West South Temple, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: srupp@mbt-law.com
E-mail: mrose@mbt-law.com
*Attorneys for Trustee Stephen W. Rupp*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>GREGORY J. GALLAGHER and<br>KALLIE J. GALLAGHER,<br><br>Debtors. | Bankruptcy No. 17-20062<br>(Chapter 7)<br><br>Judge R. Kimball Mosier<br><br>**FILED ELECTRONICALLY** |

### JUDGMENT

Based upon the Court's *Order Granting Motion for Entry of Judgment Against Debtor Kallie J. Gallagher for Breach of Settlement Agreement*, **IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Debtor Kallie J. Gallagher's discharge, which was previously entered on January 26, 2018, is hereby revoked.

2.     Debtor Kallie J. Gallagher is denied a discharge in bankruptcy case 17-20062 pursuant to 11 U.S.C. §727.

3.     Trustee Stephen W. Rupp, as trustee of the Chapter 7 bankruptcy estate of Gregory J. Gallagher and Kallie J. Gallagher in bankruptcy case 17-20062, is awarded a money judgment against Kallie J. Gallagher in the amount of $2,500.00, plus interest at the judicial rate from the date of entry of this order and all attorneys' fees, costs, and expenses incurred in collecting on the judgment.

-------------------------------------------END OF ORDER-----------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **JUDGMENT** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Mark C. Rose, mrose@mbt-law.com
Stephen W. Rupp, rupptrustee@mbt-law.com
United States Trustee, USTPRegion19.SK.ECF@usdoj.gov
Theodore Floyd Stokes, ted@stokeslawpllc.com
**All other parties registered with CM/ECF and entitled to notice in this case**

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R.Civ.P.5(b):

Gregory J Gallagher
39 West Wilson Ave.
Murray, UT 84170

Kallie J Gallagher
39 West Wilson Ave.
Murray, UT 84170

United States Bankruptcy Court
Deputy Clerk